IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DOLAN L. WALLACE,

        Plaintiff,

v.                          CIVIL ACTION NO. 3:10-0497

CHASE INVESTMENT SERVICES
CORPORATION, a corporation
licensed to do business in West Virginia, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting the defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the defendant Chase Investment Services Corporation and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

        ENTER:       October 13, 2011

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE